IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THADDEUS RICHARDSON, Reg. No. 32639-034, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 2:17-CV-39-WHA ) |
| WALTER WOODS, | ) ) |
| Respondent. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on December 10, 2018 (Doc. #40). There being no timely objection filed to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed herein is DENIED.

3. This civil action is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 8th day of January, 2019.

       /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE